# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jody Renee Shevlin <br> *Plaintiff* <br> v. <br> Commissioner of the Social Security Administration, <br> Social Security Administration Record <br> *Defendant* | Civil Action No. 4:11-cv-551-TER |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: July 13, 2012

Larry W. Propes
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*